**Order entered October 18, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00182-CR

### CHRISTOPHER LOWELL EMERSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. MB1449199-G**

## ORDER

We **GRANT** the State's October 17, 2017 "Second Motion for Extension of Time to File State's Brief" and **ORDER** the brief tendered to the Clerk of the Court contemporaneously with the motion filed as of the date of this order.

/s/    DOUGLAS S. LANG
PRESIDING JUSTICE